# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1009
Lower Tribunal No. 2014-CF-005147

_____

LUIS ARGUELLES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Barbara J. Leach, Judge.

August 4, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and NARDELLA and SMITH, JJ., concur.


Hani Demetrious and Robert David Malove, of The Law Office of Robert David Malove, P.A., Fort Lauderdale, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Kurt T. Koehler, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED